# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JANE DOE, an individual,

        *Plaintiff,*                    **CASE NO.: 6:23-cv-01104**

v.

WYNDHAM VACATION
OWNERSHIP, INC., a
Delaware corporation,

        *Defendant*

_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY

Pursuant to Local Rule 3.01(d), Plaintiff Jane Doe, respectfully moves this Court for leave to file a reply brief in support of her Motion for Leave to Proceed Pseudonymously (Dkt. 2) not to exceed five pages. Plaintiff conferred with Defendant regarding this motion and is authorized to "represent that [Defendant] 'takes no position' as to the motion for leave to file a reply."

On July 13, 2023, Defendant filed a Response in Opposition to Plaintiff's Motion for Leave to Proceed Pseudonymously ("Response"; Dkt. 17). A reply brief is necessary to address mischaracterizations of fact made in the Response, including the nature of the social media posting cited by Defendant and the Complaint's circulation among third parties.

## MEMORANDUM OF LAW

The Court has discretion to allow a party to file a reply for good cause and when additional information is needed to ensure a fair resolution. *Montgomery Bank, N.A. v. Alico Rd. Bus. Park, LP*, 2014 WL 3828406, at *3 (M.D. Fla. Aug. 4, 2014).

Here, both conditions are met. The Response contains mischaracterizations of fact.  Plaintiff should be afforded an opportunity to respond to same. A concise reply from Plaintiff on these arguments will ensure the Court has all relevant facts and law available to it when resolving the Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and grant her leave through July 21, 2023 to file a reply in support of her Motion for Leave to Proceed Pseudonymously.

Dated: July 17, 2023

Respectfully submitted,

By: /s/ *Christopher S. Prater*
    Christopher S. Prater
    Florida Bar No.: 105488
    cprater@pollardllc.com

    Jonathan E. Pollard
    Florida Bar No.: 83613
    jpollard@pollardllc.com

    Michael A. Boehringer
    Florida Bar No.: 1018486
    mboehringer@pollardllc.com

    **Pollard PLLC**
    401 E. Las Olas Blvd., # 1400
    Fort Lauderdale, FL 33301
    Telephone: 954-332-2380
    Facsimile: 866-594-5731
    *Attorneys for Plaintiff*

2

## LOCAL RULE 3.01(G) CERTIFICATION

I HEREBY CERTIFY that on July 17, 2023, I spoke on the phone with Defendant's counsel (Amanda Simpson, Esq.) regarding the relief sought herein. Following that call, Defendant's counsel emailed to confirm Plaintiff can represent that Defendant "takes no position" as to the relief sought herein.

By: /s/ *Christopher S. Prater*
Christopher S. Prater

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2023, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to all counsel of record.

By: /s/ *Christopher S. Prater*
Christopher S. Prater